

**DEFENDANT'S EXHIBIT 1**

| From: | Tierra Whatley |
|---|---|
| To: | Legal Secretary for W. James Payne Law Firm |
| Subject: | Isaiah Anderson character witness |
| Date: | Thursday, September 4, 2025 10:21:15 PM |

Dear Judge Richard E. Myers II(The 2nd), My name is Tierra Whatley and I am writing this letter on the behalf of Isaiah Anderson-Harrison for support in his sentencing. I first met Isaiah at Joseph Wheeler highschool in Marietta, GA just outside of Atlanta, GA. The first time we met was in the gymnasium, where I was shooting basketball by myself during his gym class and he challenged me to a shot contest where I won a few games and won a few games. He told me he let me win cause he liked me & so I can keep playing him lol but I knew I was good I always played basketball. This took place 18 years ago and we have been friends, as well as lovers but still remained good friends all these years.

Isaiah was my highschool love which went on after highschool for years until we separated but still remained great friends. Isaiah is a caring, giving, humble, kind, loving and thoughtful man, he has been this way since I have met him 18 years ago. He calls my mom "momma", he never refers to her as Mrs or Ms Saunders etc, he always & has always called her " momma" since he 1st met her. He's the most respectful, gentleman that I met & shows chivalry isn't dead. From opening doors, carrying bags, getting flowers, showing manners, protecting and providing for me, he showed me how a real man treats a woman and females in general. Honestly out of all the guys I had any relationship with, my family loves him the most, I love him the most even as we remain friends. He is always there for me when I need someone to talk to, a shoulder to cry on whether it's about work, family, personal issues, my kids father or another guy, he will give his honest unbiased perspective and tell me if I'm wrong or right whether I like it or not. Isaiah has taught me respect myself no matter what when dealing with guys & to save myself for the right man whether its actually him or not, don't depend on a guy, to have my own but to deal with a guy who shows he cares for me, lightens my load makes sure I'm good and I'm not in need of anything that they can provide. He taught me and showed me a real man is the protector and provider of the family he loves & woman he loves and cares for. No matter if we argued or had a time we was mad at each other or he was upset w/ me he always treated me right, Isaiah would call me and ask me if I'm hungry, did I eat, did I need anything, or what time I had to be to work and if I needed a ride. No matter if we didn't talk the whole ride he would get out the car open my door for me hug me give me a kiss & say have a nice day call me or text me if you need anything. That's the type of man Isaiah is, he never held anything over my head where it damaged the relationship, he would tell me his perspective and still be there for me even if he was mad or if I was wrong. Isaiah always has my best interest at heart and his family's and friends as well. He always give people the truth no matter the circumstances but from a caring heart and way.

Isaiah is really my male bestfriend besides my younger brother who is actually cool with Isaiah himself, because he says that's the best guy for me from what he has seen, but my family agrees and also I agree. This may sound crazy but it isn't, I wish Isaiah were the father of my two kids, not just because I still love him or he's a good man but I have seen the way he keeps his family together he's the rock of his family. I have witnessed the way he is with his niece's and nephews and his family, it's unconditional love as well as support and he pours into them and puts them first before anything besides his faith and GOD. Isaiah is a great person, will make a great father 1 day and husband I'm sure of it when the time is right, when GOD feels it's right. Isaiah is the smartest, most humble, caring and loving man I know, he would literally give you the shirt off of his back. Randomly I have seen him just wake up & decide he's going to drive up to where homeless ppl are and provide meals for 30-50 of them, not planned just a random morning or afternoon. When my mom & I traveled to Miami for her birthday he told me to not pay for a hotel that my mom & I can stay at his place and stay as long as needed and he would stay at a hotel if needed or sleep on the couch and give us the bedroom. This is the type of man Isaiah is he thinks bout everyone else at most times before himself with no expectations in return, he just says his

blessings he expect from GOD and for his people to extend the same courtesy if in need. It's time I would try to show my appreciation and take Isaiah out to eat or do something nice, but at the end of the day I would find the money back in my purse. Isaiah would maybe let me tip the server that's bout it and he would say hold your money if I ever need you I will say, but always let the man be the provider unless he needs a strong woman as a crutch to get back on his feet.

Isaiah is not just a good friend but a good teacher as well. Isaiah has taught me so many things dealing with life that I can write a book on all the lessons from 18 years ago to now on what he taught me or just showed me from being around him. There was a time my mom and I needed groceries for the house , he took it upon himself to stock my house with groceries, toiletries, napkins and cleaning supplies to hold us over for a few weeks to a month. Isaiah never expected or asked for anything in return, just told me to put him a plate aside when I cook his favorite dish next time which is fried chicken, baked Mac and cheese, corn bread and yams. At times my aunt my mom sister needed rides to her doctor appointments and everyone a be at work or school, he would be working but would take her on his break or right after work make time to drop her off leave back to work and be back to pick her up when she was done. This wasn't just 2-3 times this is maybe over 30-40 times where she would call him direct and not even go through me anymore, she would call him nephew and developed her own relationship with him. She would offer gas money & Isaiah would decline it and say you know you family auntie that's what he called her, she would have to force him to take it or leave it in the cup holder before she got out of the car. Isaiah would also take me to pick up my little cousins to babysit from school and take them to McDonald's if they did good in school & had good grades let them order all they wanted. That same cousin Ryan who is 20-21 years old now, still remembers when she was young and brings it up as good memories.

Nobody's perfect, Isaiah has flaws and made mistakes but honestly he's the best man I know and I feel he deserves another opportunity to correct his mistakes and do the right thing. He started a business a business and was on the right track, going to seminars for credit repair, business ventures and investments. I feel Isaiah just had a slip up but he has so much potential, is goal oriented, can do anything if he puts his mind to it, a family man, caring and has support for himself here and with family. I ask that you receive this letter in good grace and take in consideration to give Isaiah time served or any special conditions that can allow him back in to society with his love ones and be the man he has potential as well as smarts and knowledge to be. Please show compassion and mercy if you can and GOD allows you to, thank you for your time and I pray to GOD you release him as soon as can be.

Sent from my iPhone

From: Tyree Wortham
To: Legal Secretary for W. James Payne Law Firm
Subject: Letter To The Judge From Tyre Wortham the nephew of Isaiah Anderson Harrison
Date: Monday, September 1, 2025 3:17:30 PM

Letter to judge

Dear Judge Richard E. Myers ll (The 2nd) I am writing this letter on the behalf of my uncle Isaiah Anderson-Harrison & I hope you receive this letter in good faith. My uncle Isaiah Anderson-Harrison is my favorite & closest uncle out of 7(8) uncles, he is more of a father figure I would say a 2nd father to me actually. From a young boy he helped raise me from changing diapers to teaching me to walk & talk, to teaching me how to feed myself, dress & so on. He is always & has always been present in my life even when he moved from NYC to Atlanta when I was a little older w/ my grandma. He would call to check he even got me & my sister our 1st Iphones & the same way he taught me all the things I needed he did for my sister that's 2 years younger. He would travel from Atlanta to NYC for our birthdays, holidays & graduations & bring us gifts or take us shopping & always told us as long as we did good in school & behaved well he would get us what we wanted that our parents couldn't get at time. While my father was incarcerated, my uncle Isaiah provided all we needed & made sure we got our school clothes & shoes, books & bookbags & other necessities... He made sure we had gifts under the Christmas tree when Christmas time came & kept us on track & made sure our grades were good for 7-9 years while my father was gone. I can talk to him about anything & even as he struggled he would make sure we got what we needed as kids & young teenagers. He taught me manners, to be humble, respect others, respect myself, stay out the streets, do good in school, respect & help my parents in any way I can and so much more. My uncle is caring, he is smart, he is goal driven & he is very kind & thoughtful of others. He is a family man & puts family before everything even himself, he says only 1 thing comes before family and that's GOD. My uncle Isaiah is a very good person, & besides his mistakes is a real good role model. He never let me do bad things. He encouraged me to go to school for accounting which is what he went to college for before he dropped out of college. He always told me to be good, do good & to never get involved in the streets even though we were raised among so much of it being from & raised in a poverty stricken community in Brooklyn. He is one of the main reasons I gained such good morals in life. Taught me right from wrong. Understanding my emotions. To be compassionate when needed. To understand being sad and angry is okay, but not to allow those emotions to consume me. There is so much I can say & go into details but I will need pages because he taught me so much & guided me to do good in life as a whole.

I ask for your compassion & consideration in your sentencing & can you please give him time served, I feel what he has been through he has learned from & is ready to be back w/ his family & do good in society. The family misses him, his young nieces & nephews miss him. We are waiting for him & ready to support him as a whole. Please give him a second chance to redeem himself & make it right. Thank you judge for your time & please take in consideration

thank you.

Sincerely
Tyre Wortham

Dear Richard E Myers II,

I will first like to start off by saying good morning or good afternoon, whichever applies depending on time of day, may this letter be received in its purest sincerity and consideration. I am Shawana Harrison writing to you on the behalf of Isaiah Anderson-Harrison, who is my younger brother. Isaiah is my heart besides my kids, I would say before my kids were born Isaiah was like my child. From helping raise Isaiah, from changing diapers, to feeding him, to teaching him how to walk and talk, to riding a bike you can name it. I have Isaiah by 11 years, we are the closest out of all siblings because he has always been the rock and heart of the family. He keeps us together in so many ways with all us having our own families we started besides him he gets us all together. I can describe Isaiah as sincere, honest, smart, caring, loving, passionate, thoughtful, God fearing, family oriented, trustworthy, goal-driven, a protector and provider, as well as so much more.

Isaiah being the youngest of 4 of us on my mom side, he was mature enough to be the oldest, we all have him by 11 years(me), 13 years(my sister), and 17 years(my oldest brother) but Isaiah always was more a protector and family oriented than my older brother. I could talk to Isaiah about anything and he would be the most honest, sincere and humble in his answers and approach to everything. Caring and loving, Isaiah would give you the shirt off his back literally. That's no cliche and it could be a total stranger, he has a heart made of gold where he will give his last to a stranger out of pure love and expecting nothing except for blessings from God. Isaiah would see older neighbors from our street, but it really didn't matter where we were. He would stop what he was doing or any conversation and help them up to their apartment with their groceries. Sometimes it being the 4th or 5th floor with no elevators, he would take all the groceries telling them to just go upstairs and make few
trips to bring everything up himself or if it was other guys around tell them to grab some bags. He would decline any money they offered for helping them, he just has a different respect and kindness in his heart. May our mother rest in peace, he was her pride and joy. I wouldn't say she had a favorite, she loved us all the same like she would say, but he was her favorite maybe cause he was the youngest. Isaiah wouldn't let her carry a bag, open a door, need anything he can provide. He would make her walk on the inside of the street when they walked together, something he does with all of us because he has a sense that he needs to protect us as we did him when he was a kid.

My kids love him, Isaiah is a father figure/ best uncle to all his nieces and nephews, helping raise and care for them as if they were his own. Isaiah helped me with my first baby shower in 2003 and practically threw my last baby shower in late 2022 by himself. Me and my family taking care of the smaller details and miscellaneous things. Isaiah picked the venue, decorator, cake person, the dj and photographer for the event as well as more. It was like it was Isaiah's baby shower. He chauffeured me, my husband, and kids to the event, made sure it all came together how I wanted, enjoyed myself as well as the family and guests. I would have to say Isaiah is my favorite sibling, not because of just his personality, his demeanor or what he does for family but because he is kind, made sure my kids did good in school, treats everybody the same with love and makes everybody feel important and that they matter. It's his gift I can go on and on about so much more, from making sure he makes it to all the kids' graduations and has a celebration dinner after setting up for the whole family to be there. To feeding 50 homeless people on a random day, to being the most

reliable family member in time of need. Isaiah has much potential to be great and is the smartest out of all of us when it comes to business.

I ask along with the rest of the family to please have mercy , consideration and can you please release him to us, his support system for a second opportunity . I deeply feel all the conditions he has been in and different facilities he had been to over the course of 14-16 months has opened his eyes. I know he is ready to use his support system and safety net to stay on the right track as he works towards building the businesses he was working on prior to this taking place. All Isaiah talks about is doing the right thing and building up his business ventures and using his potential to be great. I know he will live to his full potential and do the right things, Isaiah is really into business and the dynamics of it. I ask that you show any leniency you can and give my younger brother Isaiah time served and another opportunity at life. Thank you for your time and may God bless you and guide you in your decision.

Dear Judge Richard E. Myers II

My name is Tanah Wortham and I am writing this letter on behalf of my uncle, Isaiah Anderson-Harrison. I am his niece, and I would like to share with you the impact he has had on my life and why his presence is so important to me and my family.

Growing up, my uncle was always there for me in ways that no one else was. He stepped in during times when I needed guidance, love, and support, and in many ways, he raised me. He consistently showed up for me—whether it was school events, important milestones, or simply being a steady hand to lean on when I needed one the most. His presence gave me stability, and his care shaped the person I am today.

Now that I am a mother to a one-year-old daughter, I want her to experience the same love, wisdom, and support that my uncle gave to me. He has a natural ability to nurture and guide, and I know my daughter would greatly benefit from having him in her life as she grows up.

I understand the seriousness of the circumstances that have brought us here, but I also know the heart of the man I am writing about. My uncle is not only family to me—he has been a role model, a father figure, and a source of unconditional love. Having him present in our lives means everything to me, and I respectfully ask for your understanding and compassion in giving him the opportunity to continue being the pillar of strength that he has always been for me and now can be for my daughter.
Thank you for taking the time to read my letter and consider my perspective.

| | |
|---|---|
| From: | Jaylen Harrison |
| To: | Legal Secretary for W. James Payne Law Firm |
| Subject: | The Lasting Impact of My Uncle Isiah |
| Date: | Wednesday, September 3, 2025 2:34:13 PM |

I want to share how much my Uncle Isaiah Anderson Harrison has meant to me throughout my life. He has been a constant source of guidance, encouragement, and support. His wisdom and steady presence have helped shape me into the person I am today. Uncle Isiah is not only someone I look up to, but he is also a true example of integrity, kindness, and resilience. The way he carries himself and supports those around him has inspired me deeply, and I can say without hesitation that he has had a lasting, positive impact on my life.

Beyond the lessons and guidance, we have also shared meaningful experiences together. We've done nice things like donating food to the homeless, which showed me the importance of giving back, and he made sure I was safe during my first trip to Miami, reminding me that family always looks out for one another. These moments, big and small, are part of what makes him such a special influence in my life.