IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00250-M-RJ

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ISAIAH ANDERSON HARRISON,

     Defendant.

ORDER

This matter comes before the court on Defendant's Supplemental Motion to Replevy [DE 74]. Defendant seeks a court order directing the United States to return to him a silver iPhone and the contents of his wallet. *Id.* The United States opposes the motion as it relates to the iPhone on the grounds that Defendant denied ownership of the phone in prior statements to law enforcement. DE 75 at 2. Accordingly, Defendant is ORDERED to supplement the record with information concerning his ownership of the iPhone on or before March 31, 2026. By the same date, the parties are ORDERED to provide their position as to whether the iPhone constitutes a fruit, tool, or instrumentality of the underlying offense conduct.

SO ORDERED this _____17th_____ day of March, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE