IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00250-M-RJ

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ISAIAH ANDERSON HARRISON,

     Defendant.

ORDER

This matter comes before the court on Defendant's Motion to Withdraw Motion to Replevy [DE 79] and W. James Payne's Motion to Withdraw as Counsel [DE 70]. For good cause shown, both motions are GRANTED. The Supplemental Motion to Replevy [DE 74] is DEEMED WITHDRAWN and Mr. Payne's representation of Defendant in this matter is hereby TERMINATED.

SO ORDERED this ___7th___ day of April, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE