IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00250-M-RJ

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ISAIAH ANDERSON HARRISON,

     Defendant.

AMENDED ORDER[1]

This matter comes before the court on Defendant's Motion to Withdraw Motion to Replevy [DE 79] and W. James Payne's Motion to Withdraw as Counsel [DE 70]. For good cause shown, both motions are GRANTED. The Supplemental Motion to Replevy [DE 74] is deemed withdrawn, and Mr. Payne's representation of Defendant in this matter will automatically terminate following resolution of the outstanding restitution determination.

SO ORDERED this ____8th____ day of April, 2026.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Federal Rule of Criminal Procedure 36, the court substitutes this order for the order presently docketed at DE 81.