IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00250-M-RJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ISAIAH ANDERSON HARRISON,

      Defendant.

ORDER

      This matter comes before the court on the parties' Joint Motion for Entry of Consent Order

for Restitution and to Terminate Restitution Hearing [DE 83]. For good cause shown, the motion

is GRANTED. Based on the joint representation of the parties, the court finds that no restitution

is owed in this matter. The Clerk is DIRECTED to prepare an amended judgment reflecting this

determination.

      SO ORDERED this _____22ᵈ_____ day of April, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE